# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**                              **4:12-CR-00179-BRW**

**BERTHA WILLIAMS**

## FINAL ORDER OF FORFEITURE

Pending is the United States' motion for final order of forfeiture (Doc. No. 28). For the reasons set forth below, the motion is GRANTED.

In a preliminary order, Ms. Williams was ordered to forfeit the following property:

1. $1,912.07 from Liberty Bank account XXX332;
2. $3,643.55 from Liberty Bank of Arkansas account XXX283; and
3. $11,238.23 from Liberty Bank of Arkansas account XXX447.[1]

Commencing on May 10, 2013, for 30 consecutive days, the United States published notice of the forfeiture at www.forfeiture.gov. The notice told of the United States' intent to dispose of the property under the law.[2] The United States also notified all third parties that they had a right to ask the court for a hearing on the validity of their alleged interests in the property. No one has filed a claim to the property, and the time for doing so has passed.

Accordingly, the property listed above is forfeited to the United States, in whom all right, title, and interest to the property now vests. The United States Marshal or his designee is ordered to dispose of the forfeited property according to applicable law. The Court retains jurisdiction to enforce this Order.

IT IS SO ORDERED this 14th day of August, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 26.

[2] *See* Doc. No. 27.