**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                           **4:12-CR-00179-BRW**

**BERTHA WILLIAMS**

## ORDER

Pending is the United States' unopposed Motion to Dismiss Forfeiture Allegation as to Money Judgment (Doc. No. 34).  The Motion is GRANTED and the Forfeiture Allegation contained in the Indictment,[1] as it relates to the United States' request for a money judgment against Ms. Williams, is DISMISSED.

IT IS SO ORDERED this 8th day of October, 2013.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 1.